UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOE BURGOS VEGA | : | CIVIL NO. 3:04CV1215(DFM) |
| | : | |
| V. | : | |
| | : | |
| THERESA LANTZ, ET AL. | : | JANUARY 11, 2008 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants Theresa Lantz, Et Al., have manually filed the following exhibits:

A. Profile of Abdul-Majid Karim Hasan, Ed.D;
B. Vega v. Lantz; 3:04CV1215(DFM), Second Amended Expert Report of Abdul Majid Karim Hasan dated 7/25/2007;
C. Vega v. Lantz, No. 3:04CV1215(DFM), Expert Disclosure and Report of Robert E. Frank dated 4/20/2007;
D. Vega v. Lantz, No. 3:04CV1215(DFM), Expert Disclosure and Report of Reverend Anthony J. Bruno dated 5/18/2007;
E. Vega v. Lantz, No. 3:04CV1215(DFM), Defendant Deveau's Reponses to First Set of Interrogatories Propounded Upon Defendant Robert J. Deveau dated 1/11/2007;
F. Administrative Directive 10.8; Religious Services, dated 12/27/2002;
G. Joe Burgos Vega Inmate Request Form dated 7/14/2003;
H. Vega v. Lantz, No. 3:04CV1215(DFM), Affidavit of Robert E. Frank dated 12/18/2006;
I. Memo to Corrections Officials and Islamic Community from Imam Wali W. Rushdan dated 4/28/2006;
J. Vega v. Lantz, No. 3:04CV1215(DFM), Expert Disclosure and Report of Theresa C. Lantz dated 4/20/2007;
K. Vega v. Lantz, No. 3:04CV1215(DFM), Deposition of Robert J. DeVeau dated 4/4/2007;
L. Vega v. Lantz, No. 3:04CV1215(DFM), Deposition of Abdul Majid Karim Hasan dated 10/30/2007;
M. Vega v. Lantz, No. 3:04CV1215(DFM), Deposition of Brian K. Murphy dated 8/2/2007;
N. Vega v. Lantz, No. 3:04CV1215(DFM), Deposition of Theresa Lantz dated 4/24/2007;
O. Vega v. Lantz, No. 3:04CV1215(DFM), Deposition of Robert Frank dated 6/6/2007;

      P.      <u>Vega v. Lantz</u>, No. 3:04CV1215(DFM), Deposition of Robert Frank dated 4/4/2007;

      Q.      <u>Vega v. Lantz</u>, No. 3:04CV1215(DFM), Deposition of Anthony J. Bruno dated 7/12/2007;

      R.      <u>Vega v. Lantz</u>, No. 3:04CV1215(DFM), Deposition of Anthony J. Bruno dated 7/31/2007;

      S.      <u>Vega v. Lantz</u>, No. 3:04CV1215(DFM), Expert Disclosure and Report of Brian K. Murphy dated 4/20/2007;

      T.      Documents/Incident Reports re:  Lantz and Murphy Expert Reports;

      U.      Selected untimely grievances;

      V.      DVD – Islam's Place and Practice of Worship in the Correctional Environment;

      W.      DVD – Cheshire Dining Hall Incident.

This document has not been filed electronically because:

[  ]    **Medical Records**.
[ x ]    the document or thing cannot be converted to an electronic format
[  ]    the electronic file size of the documents exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS
Theresa Lantz, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct01211
E-Mail:  steven.strom@po.state.ct.us
Tel.:  (860) 808-5450
Fax:  (860) 808-5591


## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was filed electronically and served by mail to anyone not able to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's CM/ECF System.  Copies of the documents submitted pursuant to the Notice of Manual Filing were mailed this 11th day of January, 2008 to:

Andrew D. Moore
William K. Piotrowski
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103


_____
Steven R. Strom
Assistant Attorney General


3