# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOE BURGOS VEGA,                :
                                :
    Plaintiff,                  :
                                :
v.                              :
                                :   CASE NO. 3:04CV1215 (DFM)
THERESA LANTZ, et al.           :
                                :
    Defendants.                 :
                                :
                                :

## AMENDED SCHEDULING ORDER

Based on a telephonic status conference held on December 12, 2006, the following amended deadlines are hereby adopted as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

**Defendants' Response to Plaintiff's Motion for Preliminary Injunction**: The defendants are granted an extension of time of one week to file their objection to plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (doc. #81). Their objection shall be filed on or before December 22, 2006.

**Discovery Deadline**: All discovery, including all discovery relating to expert witnesses, will be completed (not propounded) by **March 17, 2007**.

**Discovery Relating To Expert Witnesses**: An expert witness is anyone, including a treating physician, who may be used at trial

to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Unless otherwise ordered, a party intending to call such a witness must disclose a report signed by the witness containing the information required to be disclosed by Fed. R. Civ. P. 26(a)(2)(B). All such expert reports will be disclosed by plaintiff on or before **January 15, 2007.** All such expert reports will be disclosed by defendants on or before **February 15, 2007.**

**Motions to Compel:** Any motion for an order compelling disclosure or discovery pursuant to Fed. R. Civ. P. 37(a) must be filed within 30 days after the due date of the response. Failure to file a timely motion in accordance with this scheduling order constitutes a waiver of the right to file a motion to compel.

**Dispositive Motions:** The defendants have indicated that they expect to file a motion for summary judgment at the close of discovery. All dispositive motions, including motions for summary judgment pursuant to Federal Rule of Civil Procedure 56 and motions to dismiss shall be filed on or before **April 17, 2007.**

**Extensions of Time:** All dates set forth in this order are firm and will be extended only for good cause. The good cause standard requires a particularized showing that despite due diligence, the party seeking the extension could not comply with this order. Because of the importance of the discovery deadline to the entire schedule, motions to extend the discovery deadline

will be viewed with disfavor. A motion to extend the discovery deadline will not be granted unless the movant shows that discovery was commenced promptly and pursued with due diligence in a good faith effort to comply with the deadline established by this order.

Counsel will provide their clients with a copy of this order.

SO ORDERED at Hartford, Connecticut this 21st day of December, 2006.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge