UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOE BURGOS VEGA,<br>    Plaintiff,<br>v.<br>THERESA LANTZ, ET AL.,<br>    Defendants. | CIVIL NO. 3:04CV1215 (DFM)<br><br><br><br>APRIL 16, 2013 |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO JAMES E. DZURENDA, INTERIM COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, OR WARDEN, CHESHIRE CI, GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, you, are hereby commanded to deliver the **inmate Jose Burgos Vega, #130135,** to appear before the United States District Court for the District of Connecticut located at 450 Main St., Hartford, Connecticut on April 23, 24 and 25, 2012, at 9:30 AM, so that he will be present in the above-captioned matter, to participate in a civil action, and to be returned to your custody immediately at the conclusion of said proceeding. This is a federal civil matter so the Connecticut Department of Correction (DOC) must provide transportation directly to the Federal Courthouse, 450 Main St., Hartford, CT. A correction officer must be assigned to the prisoner named herein for the duration of the hearing. The United States Marshals will not transport this inmate. The clerk is directed to fax a copy of this writ directly to the facility listed above.

Dated at Hartford, Connecticut, this 16th day of April, 2013.

/s/ Donna F. Martinez, USMJ
HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

True Copy
ATTEST:
ROBERTA D. TABORA
Clerk U.S. District Court
By_____
    Deputy Clerk