UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOE BURGOS VEGA,                          :
                                          :
        Plaintiff,                        :
                                          :
        v.                                :   CASE NO. 3:04CV1215(DFM)
                                          :
THERESA LANTZ ET AL.,                     :
                                          :
        Defendants.                       :


RULING ON MOTIONS IN LIMINE

Pending before the court are motions in limine (docs. #247, #248, #249, #250 and #251).  Following a final pretrial conference with counsel held on April 19, 2013, the court rules as follows:

1. Defendants' motion to preclude expert testimony by lay witnesses (doc. #247) is denied without prejudice to raising specific objections at trial.

2. Defendants' motion to preclude the deposition testimony of plaintiff's witness Abdullah Antepli (doc. #248) is denied without prejudice.  Defendants may raise specific objections as the deposition is read into the record.  Plaintiff shall submit the relevant portions of the deposition transcript as a documentary exhibit.

3. Defendants' motion to preclude evidence re: past conduct (doc. #249) is denied.  Defendants' arguments go to the weight of the evidence, not its relevance.

4. Plaintiff's motion to preclude expert testimony by defendants' witnesses Imam Wali Rushdan and Aly Ghanim (doc. #250) is denied without prejudice.  Defendants represent that they will not call those witnesses.

5. Plaintiff's motion to preclude opinion testimony of defendants Lantz and Bruno regarding Islamic doctrine and prison security (doc. #251) is denied without prejudice to raising specific objections at trial.

SO ORDERED at Hartford, Connecticut this 22nd day of April, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge